

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

FILED
OCT - 7 2002
RALPH L. DeLOACH, Clerk
By _____ Deputy

WILLIAM LEONARD PICKARD )
      Plaintiff )
)
)
)
v. ) Case. No. 02-3237-GTV
)
)
)
GORDON TODD SKINNER )
KARL NICHOLS )
ARTHUR HUBBARD )
RALPH SORRELL )
ROGER HANZLIK )
L.D. MATTHEWS )
JOHN ZAJACK )
JOHN DOE )
      Defendants )
)

### MOTION FOR LEAVE FOR AMENDMENT OF PETITION
### FOR DECLARATORY RELIEF PURSUANT TO 42 U.S.C. § 1983

**COMES NOW**, the above named plaintiff, William Leonard Pickard, pro se, and respectfully moves this Court for leave to file an amended petition pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. The amended petition, containing corrections of dates and additional counts, will be filed with the Court in a timely manner, not exceeding one week from this motion for leave to file amended petition.

Respectfully submnitted,

*[signature: William Leonard Pickard]*

**William Leonard Pickard, <u>pro se</u>**
100 Highway Terrace
Leavenworth, KS 66048

I, the undersigned, do hereby certify that on the 1st day of October, 2002, the original and two copies of the "MOTION FOR LEAVE FOR AMENDMENT OF PETITION FOR DECLARATORY RELIEF PURSUANT TO 42 U.S.C. § 1983" was mailed via normal institutional mail to the Clerk of the District Court in Topeka, Kansas, in addition to seven copies, one for each named defendant, as indicated in the 'Uniform Rule for United States District Courts within the Tenth Circuit - Petitions for Complaints Pursuant to 42 U.S.C. § 1983", all parties via the District Clerk located at the Frank Carlson Building, 444 S.E. Quincy, Topeka, Kansas 66683.

William Leonard Pickard, pro se