# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**WILLIAM LEONARD PICKARD,**

        **Plaintiff,**

**v.**           **CIVIL NO. 02-3237-GTV**

**GORDON TODD SKINNER, et al.,**

        **Defendants.**

**( )   JURY VERDICT.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )   DECISION BY THE COURT.**  This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** this matter is dismissed for failure to state a claim for relief pursuant to 28 U.S.C. 1915A(b)(1).

    **IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff's motion for leave to amend (Doc. 2) is denied.

Entered on the docket 7/1/03

**Dated: July 1, 2003**        **RALPH L. DeLOACH, CLERK**

                                                          **s/ M. S.**
                                                          **Deputy Clerk**