26 September 2005

Clerk of the Court

United States District Court

444 SE Quincy

Topeka, Kansas 66612

RECEIVED
SEP 2 6 2005
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

FILED
SEP 2 6 2005
RALPH DeLOACH, Clerk
By _____ Deputy

02-3237-GTV

Dear Madam or Sir:

Enclosed are three (3) copies of a "NOTICE AND PROOF OF SERVICE OF SUBPOENA DUCES TECUM" for filing in Topeka. Please assign the filing a local number, and return a copy of the stamped document to the address below.

Thank you for your prompt attention to this matter.

Sincerely,

William Leonard Pickard

POB 5500

Adelanto, CA 92301